UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-22152-JEM

NANCY HICKS,
     Plaintiff,

v.

NCL (BAHAMAS) LTD.,
PORTS AMERICA, INC.; and
XYZ CORPORATION
     Defendant.

_____/

### NOTICE OF CHANGE OF ADDRESS/EMAIL DESIGNATIONS

Pursuant to S.D.F.L. Local Rules 11.1(g) and 5.1 and CM/ECF Administrative Procedure 3D,

counsel for Shirley Carpenter. Brett A. Silvers (Fla. Bar No. 1031877), of the firm Lipcon Margulies

and Winkleman, PA, file this Notice of Change of Address from the address currently on file to the

following address:

**LIPCON, MARGULIES & WINKLEMAN P.A.**
**ONE BISCAYNE TOWER, SUITE 1776**
**2 S. BISCAYNE BOULEVARD**
**MIAMI, FLORIDA 33131**
**PHONE: 305-373-3016**
**EMAIL: bsilvers@lipcon.com**

Dated: July 15, 2022

Respectfully submitted,
LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By:  */s/ Brett A. Silvers*
    **JASON R. MARGULIES**
    Florida Bar No. 57916
    jmargulies@lipcon.com
    **CAROL FINKLEHOFFE**
    Florida Bar No. 0015903
    cfinklehoffe@lipcon.com
    **BRETT A. SILVERS**
    Florida Bar No. 1031877
    bsilvers@lipcon.com