## RETURN OF SERVICE

**State of Florida**  **County of Southern**  **United States District Court**

Case Number: 22-CV-22152-JEM

Plaintiff:
**NANCY HICKS**

SKP2022004203

vs.

Defendant:
**NCL (BAHAMAS) LTD., PORTS AMERICA, INC., and XYZ CORPORATION**

For:
@Lipcon, Margulies & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Blvd.
Miami, FL 33131

Received by SERVE LEGAL PROCESS, INC. on the 14th day of July, 2022 at 10:51 am to be served on **PORTS AMERICA, INC. By Serving its Registered Agent, CORPORATION SERVICE COMPANY, 1201 HAYS ST, TALLAHASSEE, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **15th day of July, 2022** at **8:45 am, I:**

**CORPORATE:** served by delivering a true copy of the **Summons And Complaint And Demand For Jury Trial**, with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of PORTS AMERICA, INC. By Serving its Registered Agent, CORPORATION SERVICE COMPANY at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 155, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

SERVE LEGAL PROCESS, INC.
333 N. Falkenburg Road
Suite B206
Tampa, FL 33619
(813) 254-8762

Our Job Serial Number: SKP-2022004203
Ref: HICKS, NANCY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Date: 7/15/22  Time: 8:45ᴬ

MCN #111 is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

NANCY HICKS )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 22-cv-22152-JEM
)
NCL (BAHAMAS) LTD., PORTS AMERICA, INC., )
and XYZ CORPORATION )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant, PORTS AMERICA, INC.,
By Serving its Registered Agent, CORPORATION SERVICE COMPANY
1201 HAYS ST
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brett A. Silvers/Carol L. Finklehoffe
Lipcon, Margulies & Winkleman, P.A.
2 South Biscayne Blvd, Suite 1776
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jul 13, 2022

**SUMMONS**

s/ *Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court