# **RETURN OF SERVICE**

| | | |
|---|---|---|
| **State of Florida** | **County of Southern** | **United States District Court** |

Case Number: 22-CV-22152-JEM

Plaintiff:
**NANCY HICKS**

SKP2022004202

vs.

Defendant:
**NCL (BAHAMAS) LTD., PORTS AMERICA, INC., and XYZ CORPORATION**

For:
@Lipcon, Margulies & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Blvd.
Miami, FL 33131

Received by Serve Legal Process, Inc. on the 14th day of July, 2022 at 10:46 am to be served on **NCL (BAHAMAS) LTD., c/o Registered Agent, Daniel S. Farkas, Esquire, 7300 Corporate Center Drive, Miami, FL 33126**.

I, JOSEPH R. DION #2259, do hereby affirm that on the **19th day of July, 2022** at **3:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons And Complaint And Demand For Jury Trial,** with the date and hour of service endorsed thereon by me, to: **JOANNA JARA** as **PARALEGAL** for **NCL (BAHAMAS) LTD.,**, at the address of: **7300 CORPORATE CENTER DRIVE, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: WHITE, Height: 5'4", Weight: 170, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

**JOSEPH R. DION #2259**
Process Server

**Serve Legal Process, Inc.**
**333 N. Falkenburg Rd Suite B 206**
**Tampa, FL 33619**
**(813) 254-8762**

Our Job Serial Number: SKP-2022004202
Ref: HICKS, NANCY

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2g