## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 22-CV-22152-JEM

Plaintiff:
**NANCY HICKS**

vs.

Defendant:
**NCL (BAHAMAS) LTD., PORTS AMERICA, INC., and XYZ CORPORATION**

For:
@Lipcon, Margulies & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Blvd.
Miami, FL 33131

Received by Serve Legal Process on the 9th day of August, 2022 at 2:38 pm to be served on **AMERICAN GUARD SERVICES, INC., By Serving its Registered Agent, INCORP SERVICES, INC.,, 17888 67TH COURT NORTH, LOXAHATCHEE, FL 33470**.

I, Gerrick Moore, do hereby affirm that on the **11th day of August, 2022** at **2:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons And Amended Complaint And Demand For Jury Trial,** with the date and hour of service endorsed thereon by me, to: **Jeanette Wilson** as **Authorized for InCorp.** for **AMERICAN GUARD SERVICES, INC.,**, at the address of: **17888 67TH COURT NORTH, LOXAHATCHEE, FL 33470**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Blonde, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

/s/ Gerrick Moore
_____
**Gerrick Moore**
C.P.S. #1133

**Serve Legal Process
333 N. Falkenburg Road
Suite B206
Tampa, FL 33619
(813) 254-8762**

Our Job Serial Number: SKP-2022004726
Ref: HICKS, NANCY

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

