UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-22152-JEM

NANCY HICKS,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
SMS INTERNATIONAL SHORE OPERATIONS US, INC.,
AMERICAN GUARD SERVICES, INC.; and
XYZ CORPORATION

    Defendant.
_____/

### **PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME**

COMES NOW, the Plaintiff, NANCY HICKS, by and through the undersigned counsel, hereby files her *Unopposed* Motion for Extension of Time, and states:

1. This matter involves Plaintiffs, NANCY HICKS, who, before boarding a cruise ship, sustained personal injuries when she fell while ascending the escalator to embark the vessel, causing severe injuries.

2. On September 31, 2022, Defendant, SMS INTERNATIONAL SHORE OPERATIONS US, INC. filed its Motion to Dismiss the Amended Complaint [D.E. 18] Plaintiff's response to the Motion to Dismiss is due on or before October 14, 2022.

3. Plaintiff requests a brief extension, 10 days, to file her responses, thereby making her Response to SMS' Motion to Dismiss due on or before October 24, 2022.

4. This requested continuance is not made for purposes of delay and will not prejudice any party should it be granted.

5.  Pursuant to Fed. R. Civ. P. 6(b), this Court has the authority to extend time in this instance and Plaintiff asserts good cause has been shown for the Court to grant the requested relief. "[A]n application for the enlargement of time … normally will be granted in the absence of bad faith on the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 1165 (2009).

**WHEREFORE**, the Plaintiff, Nancy Hicks, respectfully moves this Court for an Order granting the extension of 10 days to respond the pending Motions to Dismiss.

*Certification of Compliance with Local Rules 7.1*

Undersigned counsel hereby certifies that he has conferred with counsel for the Defendants in accordance with S.D. Fla. Local Rule 7.1 (A)(3) in a good faith effort to resolve the issues raised by this Motion prior to filing and the Defendants do not object to the granting of the same.

Respectfully submitted,

LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiffs*
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: */s/ Brett A. Silvers*
**JASON R. MARGULIES**
Florida Bar No. 57916
jmargulies@lipcon.com
**CAROL FINKLEHOFFE**
Florida Bar No. 0015903
cfinklehoffe@lipcon.com
**BRETT A. SILVERS**
Florida Bar No. 1031877
bsilvers@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>October 14, 2022</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Brett A. Silvers*
    **BRETT A. SILVERS**

## SERVICE LIST
**Nancy Hicks vs. NCL (Bahamas) Ltd. et al.**
**Case No.: 22-cv-22152-JEM**

| | |
|---|---|
| LIPCON, MARGULIES & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>**JASON R. MARGULIES**<br>Florida Bar No. 57916<br>jmargulies@lipcon.com<br>**CAROL FINKLEHOFFE**<br>Florida Bar No. 0015903<br>cfinklehoffe@lipcon.com<br>**BRETT A. SILVERS**<br>Florida Bar No. 1031877<br>bsilvers@lipcon.com<br>*Attorneys for Plaintiffs* | BARNES & THORNBURG LLP<br>4540 PGA Boulevard, Suite 208<br>Palm Beach Gardens, FL 33418<br>Telephone:(561) 473-7570<br>Facsimile: (561) 473-7561<br>**D. AUSTIN BERSINGER**<br>Florida Bar No. 1022458<br>E-mail: Austin.Bersinger@btlaw.com<br>**CHRISTINA BAUGH**<br>Florida Bar No. 1028574<br>E-mail: CBaugh@btlaw.com<br>**JULIA STEPANOVA**<br>Florida Bar No. 1021185<br>E-Mail: Julia.Stepanova@btlaw.com<br>*Counsel for Defendant SMS International Shore Operations US, Inc.* |