UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-22152-JEM

NANCY HICKS,
    Plaintiff,
v.

NCL (BAHAMAS) LTD.,
PORTS AMERICA, INC.; and
XYZ CORPORATION
    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Counsel for NANCY HICKS hereby gives notice to the Court and all parties to this action that the undersigned counsel has made a change of address. All future notices, pleadings, motions, and other papers are to be served at the following address, effective immediately:

**LIPCON, MARGULIES & WINKLEMAN P.A.**
**2800 PONCE DE LEON BOULEVARD, SUITE 1480**
**CORAL GABLES, FLORIDA 33134**

Telephone, facsimile, and email addresses remain the same.

Respectfully submitted,
LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce De Leon Boulevard, Suite 1480
Coral Gables, Florida 33134
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By:  */s/ Carol L. Finklehoffe*
**JASON R. MARGULIES**
Florida Bar No. 57916
jmargulies@lipcon.com
**CAROL FINKLEHOFFE**
Florida Bar No. 0015903
cfinklehoffe@lipcon.com
**BRETT A. SILVERS**
Florida Bar No. 1031877
bsilvers@lipcon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on April 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Carol L. Finklehoffe*
**CAROL FINKLEHOFFE**

## SERVICE LIST
**Nancy Hicks vs. NCL (Bahamas) Ltd. et al.**
**Case No.: 22-cv-22152-JEM**

| | |
|---|---|
| LIPCON, MARGULIES & WINKLEMAN, P.A. <br> Telephone No.: (305) 373-3016 <br> Facsimile No.: (305) 373-6204 <br> **JASON R. MARGULIES** <br> Florida Bar No. 57916 <br> jmargulies@lipcon.com <br> **CAROL FINKLEHOFFE** <br> Florida Bar No. 0015903 <br> cfinklehoffe@lipcon.com <br> **BRETT A. SILVERS** <br> Florida Bar No. 1031877 <br> bsilvers@lipcon.com <br> *Attorneys for Plaintiffs* | BARNES & THORNBURG LLP <br> 4540 PGA Boulevard, Suite 208 <br> Palm Beach Gardens, FL 33418 <br> Telephone:(561) 473-7570 <br> Facsimile: (561) 473-7561 <br> **D. AUSTIN BERSINGER** <br> Florida Bar No. 1022458 <br> E-mail: Austin.Bersinger@btlaw.com <br> **CHRISTINA BAUGH** <br> Florida Bar No. 1028574 <br> E-mail: CBaugh@btlaw.com <br> **JULIA STEPANOVA** <br> Florida Bar No. 1021185 <br> E-Mail: Julia.Stepanova@btlaw.com <br> *Counsel for Defendant SMS International Shore Operations US, Inc.* |